IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SONJA THERESE BROWN**                          **PLAINTIFF**

v.                                  No. 3:24-cv-00359-MPM-RP

**HERNANDO MUNICIPAL COURT,** *et al.*                    **DEFENDANTS**

## JUDGMENT

For the reasons set forth in this Court's order entered this date, and the related Motion for Judgment on the Pleadings [31] having been **GRANTED**, and the related Motion to Strike [37]; Motion to Strike [44]; and Motion for Interlocutory Injunction and Temporary Restraining Order [46] having been **DENIED**, it is hereby ordered that this case is in part **DISMISSED WITH PREJUDICE** for Ms. Brown's Federal claims and this case is in part **DISMISSED WITHOUT PREJUDICE** for Ms. Brown's State law claims.

This is the 5th day of November, 2025.

                                                         /s/Michael P. Mills
                                                         UNITED STATES DISTRICT JUDGE
                                                         NORTHERN DISTRICT OF MISSISSIPPI